UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,
et al., ex rel. JOHN DOE, JANE
DOE, and JAY DOE,

      Plaintiffs,

v.                                                                Case No.:   2:24-cv-558-SPC-KRH

ADCS CLINICS LLC d/b/a
ADVANCED DERMATOLOGY
AND COSMETIC SURGERY,
ADCS CLINICS INTERMEDIATE
HOLDINGS, LLC, and
SUNCOAST SKIN SOLUTIONS
INC.,

      Defendants.

---

## <u>ORDER</u>

The Relators John Doe, Jane Doe, and Jay Doe having filed a Notice of

Voluntary Dismissal of this action (Doc. 26), and the United States having filed

a Notice of Consent to Dismissal pursuant to the False Claims Act, 31 U.S.C.

§ 3730(b)(1) (Doc. 27), the Court rules as follows:

IT IS **ORDERED** that,

1.     This action is **DISMISSED without prejudice** as to Relators

      John Doe, Jane Doe, and Jay Doe and as to the United States.

2.    The seal shall be lifted upon Relators' Complaint, Relators' Notice of Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case.  All other contents of the Court's file in this action shall remain under seal and not be made public.

3.    The Clerk is **DIRECTED** deny all pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on May 13, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2